No. 90–1273.   TITAN CAPITAL CORP. v. HOLLINGER ET AL. C. A. 9th Cir.   Certiorari denied.

No. 90–1351.   JUDICE ET UX. v. PARICH ET AL.   C. A. 5th Cir. Certiorari denied.

No. 90–1353.   SWEPTSON ET AL. v. SNELL ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 90–1354.   E. W. SCRIPPS CO. ET AL. v. BALL.   Sup. Ct. Ky.   Certiorari denied.

No. 90–1359.   GOODACRE ET AL. v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 90–1366.   WALLACE INTERNATIONAL SILVERSMITHS, INC. v. GODINGER SILVER ART CO., INC.   C. A. 2d Cir.   Certiorari denied.

No. 90–1367.   KAISER CEMENT CORP. v. LAKE ASBESTOS OF QUEBEC, LTD., ET AL.;
No. 90–1368.   W. R. GRACE & CO. ET AL. v. BARNWELL SCHOOL DISTRICT NO. 45 ET AL.; and
No. 90–1378.   UNITED STATES GYPSUM CO. ET AL. v. BARNWELL SCHOOL DISTRICT NO. 45 ET AL.; and UNITED STATES GYPSUM CO. ET AL. v. SCHOOL DISTRICT OF LANCASTER ET AL. C. A. 3d Cir.   Certiorari denied.   Reported below: No. 90–1367, 921 F. 2d 1330; No. 90–1368, 921 F. 2d 1338; No. 90–1378, 921 F. 2d 1310 (first case) and 1330 (second case).

No. 90–1373.   CITY OF ALBUQUERQUE ET AL. v. RIGGS ET AL. C. A. 10th Cir.   Certiorari denied.

No. 90–1376.   ST. JOHN'S HOSPITAL ET AL. v. HENRY, BY HER MOTHER AND NEXT FRIEND, HENRY.   Sup. Ct. Ill.   Certiorari denied.

No. 90–1377.   HALVORSEN v. HALVORSEN.   Sup. Ct. Wash. Certiorari denied.

No. 90–1381.   FINNEGAN v. CAMPEAU CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.